UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| Buddy Newsome, | ) | C/A No.: 1:16-1607-TLW-SVH |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| Bryan P. Sterling, Commissioner of the South Carolina Department of Corrections, | ) | |
| Defendant. | ) | |

Plaintiff Buddy Newsome, a prisoner proceeding pro se and in forma pauperis, filed this action pursuant to 42 U.S.C. § 1983 alleging violations of his constitutional rights. ECF No. 1. This matter is before the Court for review of the Report and Recommendation (R&R) filed by United States Magistrate Judge Hodges to whom this case was previously assigned. ECF No. 32. In the R&R, the Magistrate Judge recommends this action be dismissed with prejudice for failure to prosecute pursuant to Davis v. Williams, 588 F.2d 69, 70 (4th Cir 1978), and Federal Rule of Civil Procedure 41(b). No objections were filed and the time to do so has expired.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's R&R to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that R&R. 28 U.S.C. § 636. In the absence of objections to the R&R, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

This Court carefully reviewed the record in this case and the Magistrate Judge's R&R, and notes that Plaintiff filed no objections. After appropriate consideration, the Magistrate Judge's R&R is hereby ACCEPTED. For the reasons articulated by the Magistrate Judge, the case is DISMISSED.

IT IS SO ORDERED.

                                                                                  *s/Terry L. Wooten*  
                                                Chief United States District Judge

April 11, 2017  
Columbia, South Carolina