AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| Buddy Newsome,<br>*Plaintiff*<br>v.<br>Bryan Sterling, Commissioner of the South Carolina Dept. of Corrections,<br>*Defendant* | ) ) ) ) ) ) | Civil Action No.    1:16-cv-01607-TLW |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Buddy Newsome, shall take nothing of the defendant, Bryan Sterling, and this action is dismissed with prejudice for failure to prosecute pursuant to Rule 41(b).

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the honorable Terry L. Wooten, Chief United States District Judge, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended the dismissal of this action with prejudice.

Date: April 12, 2017                    *ROBIN L. BLUME, CLERK OF COURT*

                                                                                s/M. Walker

                                                                *Signature of Clerk or Deputy Clerk*